IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE B. HERNANDEZ,

    Petitioner,                     No. CIV S-07-2785 WBS DAD P

    vs.

SANTA CLARA SUPERIOR COURT,

    Respondent.                  ORDER

_____/

        Petitioner, a prisoner currently detained by the Immigration and Customs Enforcement Agency, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a judgment of conviction entered against him in Santa Clara County Superior Court and maintains that he received ineffective assistance of counsel. Petitioner has not filed a request to proceed in forma pauperis or paid the filing fee.

        Petitioner is currently incarcerated at a Federal Detention Center in Eloy, Arizona and was convicted in Santa Clara County, California. While both the United States District Court in the district where petitioner is confined and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of

/////

petitioner's application are more readily available in Santa Clara County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: January 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hern2785.108b

2